## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**ANDREWS MARINE SERVICE, INC.**,
  Plaintiff
         **v.**                  **CASE NUMBER:** 04-1135  (HL)
**UNITED SURETY & INDEMNITY CO.**,
  Defendant.

| ORDER |
|---|
|     Before the Court is Magistrate Judge Aida M. Delgado-Colon's Report and Recommendation (docket no. 50).  In her Report and Recommendation, Magistrate Judge Delgado-Colon recommends that Plaintiff's motion for Summary Judgment (docket no. 24) be **denied** and that Defendant's Cross-Motion for Partial Summary Judgment (docket no. 30) be **granted**.  To date, neither party has submitted objections to the Magistrate Judge's Report and Recommendation.<br>    After a review of the record, the Court agrees with the arguments and conclusions in the Report and Recommendation.  As such, the Court hereby **APPROVES** and **ADOPTS**  the Magistrate Judge's Report and Recommendation in its entirety.  Therefore, the Court **denies** Plaintiff's motion for Summary Judgment (docket no. 24) and **grants** Defendant's Cross-Motion for Partial Summary Judgment (docket no. 30).  Accordingly, the Court hereby **dismisses** Plaintiff's second cause of action (claim of bad faith) with prejudice. |

                                                **S/  HECTOR M. LAFFITTE**
**Date**: June 21, 2005               **United States District Judge**